**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sylvester FISHER, Defendant–**
**Appellant.**

**No. 11–13572**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 16, 2013.

Roy Altman, Wifredo A. Ferrer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Reginald Anthony Moss, Jr., The Tony Moss Firm, L.L.C., Miami, FL, for Defendant–Appellant.

Before CARNES, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Reginald Moss, appointed counsel for Sylvester Fisher in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. Califor-*

*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Fisher's convictions and sentences are **AFFIRMED.**